FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 13 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

R. ALEXANDER ACOSTA, Secretary of Labor, :
United States Department of Labor,
: Misc. Action No. 18-323
     Petitioner, :
  v. :

:
FUSILLI AT MILLER PLACE, INC. d/b/a    **MISC. 18    426**
FUSILLI RESTAURANT AND PIZZERIA and :
CHAD POWELL, individually and as a custodian of
records, : **HURLEY, J.**

     Respondents. :

---

## MOTION TO COMPEL RESPONDENTS TO PRODUCE DOCUMENTS
## PURSUANT TO ADMINISTRATIVE SUBPOENA *DUCES TECUM*

Petitioner R. Alexander Acosta, Secretary of Labor, United States Department of Labor, hereby moves, under sections 9 and 11(a) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 209, 211(a), and Section 49 of the Federal Trade Commission Act, 15 U.S.C. § 49, for an order compelling respondents to produce documents in compliance with Administrative Subpoena *Duces Tecum* issued on December 19, 2017.

A Memorandum of Law in support of this Motion to Compel, with accompanying declarations and exhibits, and a Proposed Order are attached.

DATED:   January 30, 2018
         New York, New York

                                        KATE S. O'SCAINNLAN
                                        Solicitor of Labor

                                        JEFFREY S. ROGOFF
                                        Regional Solicitor


                                        /s/ Michael R. Hartman
                                        MICHAEL R. HARTMAN
                                        Senior Trial Attorney

                                        U.S. Department of Labor,
                                        Attorneys for Petitioner.

POST OFFICE ADDRESS:
Jeffrey S. Rogoff
Regional Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 646-264-3673

## CERTIFICATE OF SERVICE

I hereby certify that, on this January 30, 2018, I served this Motion and all supporting documents on Saul Zabell, Esq., who agreed to accept service by e-mail at SZabell@laborlawsny.com.

/s/ Michael R. Hartman
MICHAEL R. HARTMAN
Senior Trial Attorney