FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 13 2018 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:** <br> R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor | **DEFENDANT:** <br> FUSILLI AT MILLER PLACE, INC. d/b/a FUSILLI RESTAURANT AND PIZZERIA and CHAD POWELL, individually and as a custodian of records |
|---|---|

| **IN THE MATTER OF:** | **MISC. 18     426** <br><br> HURLEY, J. |
|---|---|

**CAUSE OF ACTION:**

Sections 9 and 11(a) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 209, 211(a), and Section 49 of the Federal Trade Commission Act, 15 U.S.C. § 49

**RELIEF SOUGHT:**

an order compelling respondents to produce documents in compliance with Administrative Subpoena Duces Tecum issued on December 19, 2017

| **ATTORNEY FOR PLAINTIFF:** <br> Michael R. Hartman <br> U.S. Department of Labor <br> 201 Varick Street <br> Room 983 <br> New York, New York 10014 <br> Tel. 646-264-3673 | **ATTORNEY FOR DEFENDANT:** <br> Saul Zabell <br> Zabell & Associates <br> One Corporate Drive <br> Suite 103 <br> Bohemia, NY 11716 <br> 631-589-7242 |
|---|---|

**I am currently a member in good standing of the bar of this Court:**   ☑ YES   ☐ NO

**Signature of Attorney of Record:** MICHAEL HARTMAN

Digitally signed by MICHAEL HARTMAN
Date: 2018.01.30 17:04:02 -05'00'

**Date:** 01/30/2018