UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
R. ALEXANDER ACOSTA, Secretary of Labor,  :
United States Department of Labor,
                                          :  Misc. Action No. 18-00426-DRH
        Petitioner,
    v.                                    :

                                          :
FUSILLI AT MILLER PLACE, INC. d/b/a
FUSILLI RESTAURANT AND PIZZERIA and       :
CHAD POWELL, individually and as a custodian of
records,                                  :

        Respondents.                      :

-------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that, on February 15, 2018, Saul Zabell, Esq. agreed to accept service of the Motion [dkt. 1] and all supporting documents by e-mail at SZabell@laborlawsny.com.


    /s/ Michael R. Hartman
MICHAEL R. HARTMAN
Senior Trial Attorney